■ THOMAS W. BLAIR, Respondent, v COUNTY OF ERIE, Appellant, and THOMAS A PFALZER, JR., et al., Respondents, et al., Defendants.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Fallon, J. (Appeal from Order of Supreme Court, Erie County, Fallon, J.—

Summary Judgment.) Present—Green, J. P., Pine, Balio, Boehm and Davis, JJ.